**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOCELYN ESQUILIN,

      Plaintiff,

v.

                                 Case No. 8:25-cv-1057-KKM-LSG

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

---

## ORDER

On January 16, 2026, the United States Magistrate Judge entered a Report and Recommendation, recommending that I grant the plaintiff's unopposed motion for an $11,000 award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). R. & R. (Doc. 25). The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, I adopt the Report and Recommendation for the reasons stated therein and grant Esquilin's motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a

timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation and grant Esquilin's motion.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 25) is **ADOPTED** and made a part of this Order for all purposes.

2. Esquilin's Unopposed Motion for Attorney's Fees (Doc. 23) is **GRANTED**.

3. The Clerk is directed to **ENTER JUDGMENT** in favor of Esquilin and against the Commissioner in the amount of $11,000 for attorney's fees.

4. The Commissioner is directed to determine whether Esquilin owes a debt to the United States. If the United States Department of the Treasury determines that Esquilin does not owe such a debt, the

Commissioner is directed to accept Esquilin's assignment of Equal Access to Justice Act fees and pay the fees directly to Esquilin's counsel.

**ORDERED** in Tampa, Florida, on February 2, 2026.

Kathryn Kimball Mizelle
United States District Judge

3